Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | CASE NO: 12-70282-HDH-13 |
|---|---|
| CHANCE ALLEN JOHNSTON | HEARING DATE:  5/15/2013 |
| | HEARING TIME:  10:00 AM |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 017 0 U | TRAC | $2,364.00 | 018 0 U | WESTERN TRAIL EMERG PHYSICIANS | $1.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | HERRING NATIONAL BANK | RANGER 4-WHEELER, TRAILERS, HORSES | $36,405.18 | $32,700.00 | 6.50% | 60 | $613.46 PAID BY TRUSTE |
| | Term extended from 51 to 60 months. See Modification Below. | | | | | | |
| 009 0 | WAGGONER NATIONAL BANK | 1994 Z71, HORSES, TRAILER | $10,064.28 | $23,575.00 | 6.50% | 60 | $226.90 PAID BY TRUSTE |
| | Term extended from 51 to 60 months. See Modification Below. | | | | | | |
| 010 0 | WAGGONER NATIONAL BANK | PERS PROP - CROSS COLLATERALIZED | $6,698.08 | $12,852.00 | 6.50% | 60 | $146.22 PAID BY TRUSTE |
| | Term extended from 51 to 60 months. See Modification Below. | | | | | | |
| 011 0 * | FIRST FINANCIAL BANK | 2006 CHEVROLET 2500 PICKUP/SURRENDER -CLAIM SHOWS TO BE DODGE RAM | $23,795.34 | $26,475.00 | | | SURRENDERED |
| 012 0 * | GEMB/BOMBARD | 2007 BOMBADIER SEA DOO/SURRENDER | $0.00 | $23,905.00 | | | SURRENDERED |
| **PRIORITY CREDITORS** | | | | | | | |
| 003 0 * | INTERNAL REVENUE SERVICE | 2009 UNAS LIAB TAXES | $4,755.87 | | | 60 | $113.24 PAID BY TRUSTE |
| | Not provided for in confirmed plan. See Modification Below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 008 1 U | HERRING NATIONAL BANK | $3,705.18 | 013 0 U | ASSET ACCEPTANCE | $2,941.04 |
| | *SPLIT CLAIM/RANGER TRAILER AND HORSES* | | | *PURCHASES/GEMB NATIONWIDE BUYING GROUP* | |
| 015 0 U | QUANTUM3 GROUP | $457.48 | 016 0 U | PRA RECEIVABLES MANAGEMENT | $1,620.31 |
| | *PURCHASES/BEALLS* | | | *PURCHASES/CHASE BANK* | |

| | | | |
|---|---|---|---|
| 019 0 U | CAPITAL RECOVERY GROUP $2,683.55 | 021 0 U | INTERNAL REVENUE SERVICE $660.47 |
| | *PURCHASES/WELLS FRGO LESLIES SWIMMING POOL* | | *2006 UNAS LIAB TAXES*<br>*Not provided for in confirmed plan.* |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

All creditors shall be paid over 60 months. The IRS is allowed a priority claim for $4,755.87 to be paid over 60 months with a payment of $113.24.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 5/15/2013 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| | |
|---|---|
| Date:   3/8/2013 | /s/ Walter O'Cheskey |
| | _____ |
| | Walter O'Cheskey |
| | Chapter 13 Trustee |

ASSET ACCEPTANCE PO BOX 2036  WARREN MI 48090
BAY AREA CREDIT SERVICE LLC PO BOX 467600  ATLANTA GA 31146
BEALLS WFNNB PO BOX 182686 COLUMBUS OH 43218
CAPITAL RECOVERY GROUP INSOLVE RECOVERY DEPT 3203   PO BOX 123203 DALLAS TX 75312
CHANCE ALLEN JOHNSTON 15667 FM 91  CHILLICOTHE TX 79225
CHASE PO BOX 15298  WILMINGTON DE 19850
FIRST FINANCIAL BANK PO BOX 701  ABILENE TX 79604
FIRST FINANCIAL BK NA 400 PINE ST  ABILENE TX 79601
GEMB/BOMBARD ATTENTION: BANKRUPTCY PO BOX 103106 ROSWELL GA 30076
GIBSON DAVENPORT ANDERSON 807 8TH STREET  8TH FLOOR  WICHITA FALLS TX 76301
HERRING NATIONAL BANK PO BOX 2040  VERNON TX 76385
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
NANCY JOHNSTON 15667 FM 91  CHILLICOTHE TX 79225
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
QUANTUM3 GROUP WORLD FINANCIAL NETWORK BANK PO BOX 788 KIRKLAND WA 98083
TRAC PO BOX 6500  SIOUX FALLS SD 57117
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WAGGONER NATIONAL BANK 1818 TEXAS ST  VERNON TX 76384
WAGGONER NATIONAL BANK ATTN  TRENT GILLESPIE PO BOX 2271 VERNON TX 76384
WAGGONER NATIONAL BANK JENNIFER MURPHY 807 8TH STREET  8TH FLOOR WICHITA FALLS TX 76301
WESTERN TRAIL EMERG PHYSICIANS PO BOX 98612  LAS VEGAS NV 89193
WFFNB RETAIL CSCL DISPUTE TEAM  DES MONINES IA 50306